# Exhibit A

51264117



# LYNCH
## LAW FIRM

### LYNCH LYNCH HELD ROSENBERG, P.C.
*Personal Injury Attorneys*

www.LynchLawyers.com

**Ileana De Leon, Paralegal**
E-Mail:      ideleon@lynchlawyers.com
Mail Tel.:   (201) 288-2022
Direct Fax:  (201) 298-7745

September 27, 2021

<u>**Via Facsimile (908) 688-0885**</u>
Guaranteed Subpoena Service, Inc.
P.O. Box 2248
Union, New Jersey 07083

Re:    **Lilienthal v. Servpro Industries, LLC, et al.**
        Docket No.:   BER-L-6358-21
        Our File No.:   MAT-20090124058

Dear Sir/Madam:

Enclosed please find a copy of a Summons and Complaint in connection with the above-referenced matter.  Please serve same on the following entities:

SERVPRO INDUSTRIES, LLC,
801 INDUSTRIAL BOULEVARD
GALLATIN, TN 37066

SERVPRO OF MERIDEN / MORRISTOWN / BRANFORD / OLD SAYBROOK / NEW
LONDON
150 BRADLEY STREET
EAST HAVEN, CT 06512

Kindly provide me with proof of service at your earliest convenience.  If you have any questions or concerns, please feel free to contact me.

Thank you.

Very truly yours,

*Ileana De Leon*

Ileana De Leon, Paralegal
**LYNCH LYNCH HELD ROSENBERG, P.C.**

/id
Encl.

{00713386.DOC}

**LYNCH LYNCH HELD ROSENBERG, P.C.**
**JAMES S. LYNCH, ESQ.**
**NJ ATTORNEY ID# #00149-1992**
440 State Route 17 North
Hasbrouck Heights, NJ 07604
(201) 288-2022
Attorneys for Plaintiffs,
DIANE McLEAN LILIENTHAL AND
RICHARD LILIENTHAL

| | |
|---|---|
| DIANE McLEAN LILIENTHAL AND RICHARD LILIENTHAL,<br><br>Plaintiffs,<br><br>-vs-<br><br>SERVPRO INDUSTRIES, LLC, SERVPRO OF MERIDEN / MORRISTOWN / BRANFORD / OLD SAYBROOK / NEW LONDON, "JOHN DOES 1-10" (fictitious names, true names unknown), and/or "ABC CORPORATIONS 1-10" (fictitious names, true names unknown),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: BERGEN COUNTY<br><br>DOCKET NO.:  BER-L-6358-21<br><br>Civil Action<br><br>**SUMMONS** |

**FROM THE STATE OF NEW JERSEY**, To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit.  If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within **35 days** from the date you received this summons, not counting the date you received it.   (The address of each deputy clerk of the Superior Court is provided.)  If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971.  A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed.  You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above.  A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit.  If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

{00713391.DOC}

If you cannot afford an attorney, you may call the Legal Services office in the county where you live.  A list of these offices is provided.  If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services.  A list of these numbers is also provided.

Dated:        September 27, 2021                     /s Michelle M. Smith, Esq.
                                                    Clerk of the Superior Court


Name of Defendant to be served:        SERVPRO INDUSTRIES, LLC,
Address of Defendants to be served:    801 INDUSTRIAL BOULEVARD
                                       GALLATIN, TN 37066

                                       SERVPRO OF MERIDEN / MORRISTOWN /
                                       BRANFORD / OLD SAYBROOK / NEW
                                       LONDON
                                       150 BRADLEY STREET
                                       EAST HAVEN, CT 06512

{00713391.DOC}

## DIRECTORY OF SUPERIOR COURT DEPUTY CLERK'S OFFICES
## COUNTY LAWYER REFERRAL AND LEGAL SERVICES OFFICES

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice 1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street
Woodbury, NJ 08096

LAWYER REFERRA
L (856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House--1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court, Middlesex Vicinage
2nd Floor - Tower
56 Paterson Street, P.O. Box 2633
 New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington and Court Streets
P. O. Box 910
Morristown, NJ 07963-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
118 Washington Street, Room 121
P.O. Box 2191
Toms River, NJ 08754-2191

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079

LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, N.J. 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(908) 475-2010

```
BERGEN COUNTY COURTHOUSE
SUPERIOR COURT LAW DIV
BERGEN COUNTY JUSTICE CTR RM 415
HACKENSACK       NJ 07601-7680
                                    TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (201) 221-0700
COURT HOURS  8:30 AM - 4:30 PM


                         DATE:    SEPTEMBER 24, 2021
                         RE:      MCLEAN LILIENTHAL DIANE  VS SERVPRO INDUSTRIES,
                         DOCKET: BER L -006358 21


     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON PETER G. GEIGER

      IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     002
AT:  (201) 527-2600.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                         ATTENTION:
                                    ATT: JAMES S. LYNCH
                                    LYNCH LYNCH HELD ROSENBERG, PC
                                    440 STATE ROUTE 17 NORTH
                                    HASBROUCK HEIGHT NJ 07604


ECOURTS
```

**LYNCH LYNCH HELD ROSENBERG, P.C.**
**JAMES S. LYNCH, ESQ.**
**NJ ATTORNEY ID# #00149-1992**
440 State Route 17 North
Hasbrouck Heights, NJ 07604
(201) 288-2022
Attorneys for Plaintiffs,
DIANE McLEAN LILIENTHAL AND
RICHARD LILIENTHAL

| | |
|---|---|
| DIANE McLEAN LILIENTHAL AND RICHARD LILIENTHAL,<br><br>                    Plaintiff(s)<br><br><br><br>                    -vs-<br><br>SERVPRO INDUSTRIES, LLC, SERVPRO OF MERIDEN / MORRISTOWN / BRANFORD / OLD SAYBROOK / NEW LONDON, "JOHN DOES 1-10" (fictitious names, true names unknown), and/or "ABC CORPORATIONS  1-10" (fictitious names, true names unknown),<br><br>                    Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION:  BERGEN COUNTY<br><br><br>Docket No.:BER-L-6358-21<br><br>**CIVIL ACTION**<br><br>**COMPLAINT; DEMAND FOR TRIAL BY JURY; DESIGNATION OF TRIAL ATTORNEY** |

        Plaintiffs, DIANE McLEAN LILIENTHAL and RICHARD LILIENTHAL,

residing at 131 Lakeside Boulevard in the City of Oakland, County

of Bergen and State of New Jersey, complaining of the Defendant(s),

SERVPRO INDUSTRIES, LLC, SERVPRO OF MERIDEN / MORRISTOWN / BRANFORD

/ OLD SAYBROOK / NEW LONDON, "JOHN DOES 1-10" (fictitious names,

true names unknown), and/or "ABC CORPORATIONS 1-10" (fictitious

names, true names unknown), deposes and says:

**<u>FIRST COUNT</u>**

1. At all times herein mentioned, defendant SERVPRO INDUSTRIES, LLC was a business entity operating in the State of New Jersey with its principal address at 801 Industrial Boulevard, Gallatin, TN.

2. At all times herein mentioned, defendant SERVPRO OF MERIDEN / MORRISTOWN / BRANFORD / OLD SAYBROOK / NEW LONDON was a business entity operating in the State of New Jersey with its principal address at 150 Bradley Street, East Haven, CT.

3. At all times herein mentioned, Defendants SERVPRO INDUSTRIES, LLC, and SERVPRO OF MERIDEN / MORRISTOWN / BRANFORD / OLD SAYBROOK / NEW LONDON are in the business of providing premier cleaning and restoration services to residential and commercial consumers, which included the plaintiff's place of employment the Borough Hall in Franklin Lakes, New Jersey.

4. At all times herein mentioned, defendants SERVPRO INDUSTRIES, LLC, and SERVPRO OF MERIDEN / MORRISTOWN / BRANFORD / OLD SAYBROOK / NEW LONDON held themselves out to be a business competent in the cleaning and restoration of residential and commercial buildings.

5. At all times herein mentioned, "JOHN DOES 1-10"
(fictitious names, true names unknown), and "ABC CORPORATIONS 1-
10" (fictitious names, true names unknown) were and are
unidentified owners, contractors, and/or persons and companies
involved in the cleaning and restoration services provided at
plaintiff's place of employment, which was the Borough Hall in
Franklin Lakes, New Jersey.

6.   At all times herein mentioned, defendants SERVPRO
INDUSTRIES, LLC, and SERVPRO OF MERIDEN / MORRISTOWN / BRANFORD
/ OLD SAYBROOK / NEW LONDON were under a duty to fully and
properly provide cleaning and restoration services in a safe
manner, such as would reasonably provide for the protection and
safety of persons that would be utilizing the premises where
these services were being provided and, more particularly, the
plaintiff DIANE McLEAN LILIENTHAL.

7.   On August 21, 2020, while the plaintiff, DIANE McLEAN
LILIENTHAL, was engaged in the scope and course of her
employment with the borough of Franklin Lakes, the defendants,
SERVPRO INDUSTRIES, LLC, and SERVPRO OF MERIDEN / MORRISTOWN /
BRANFORD / OLD SAYBROOK / NEW LONDON, through their agents,
servants, and employees, negligently, carelessly, and recklessly

caused, or contributed to causing a dangerous condition to exist on the premises of the Borough Hall in Franklin Lakes, causing plaintiff to sustain serious bodily injuries.

8. At the aforementioned time and place, the defendants, SERVPRO INDUSTRIES, LLC, and SERVPRO OF MERIDEN / MORRISTOWN / BRANFORD / OLD SAYBROOK / NEW LONDON, through their respective agents, servants and employees, negligently, carelessly and recklessly exercised its duties and responsibilities, as previously set forth, failed to maintain proper safety procedures, systems, guidelines and/or utilize safe cleaning solutions; the defendants failed to follow safety procedures, systems and/or guidelines; guidelines or procedures in place; defendants failed to correct dangerous conditions; defendants failed to properly inspect the premises for such hazards; defendant failed to adequate protect those working in the premises from dangers and noxious fumes it created; defendants failed to engage in the business of cleaning and restoration in a careful and prudent manner; defendants used chemicals in a dangerous manner; defendants failed to mix chemicals properly; the defendants were otherwise careless and negligent and reckless.

9. As a direct and proximate result of the aforesaid negligence of defendants SERVPRO INDUSTRIES, LLC, and SERVPRO OF MERIDEN / MORRISTOWN / BRANFORD / OLD SAYBROOK / NEW LONDON, through their respective agents, servants, and employees, the plaintiff, DIANE McLEAN LILIENTHAL, was painfully and permanently injured, incurred, and will incur in the future, medical expenses in an effort to cure herself of her respective injuries, and was otherwise prevented from attending to her regular pursuits, employment, and duties.

WHEREFORE, plaintiffs, DIANE McLEAN LILIENTHAL and RICHARD LILIENTHAL, demand judgment on this count against the defendants, SERVPRO INDUSTRIES, LLC, SERVPRO OF MERIDEN / MORRISTOWN / BRANFORD / OLD SAYBROOK / NEW LONDON, "JOHN DOES 1-10" (fictitious names, true names unknown), and/or "ABC CORPORATIONS 1-10" (fictitious names, true names unknown), jointly, severally and alternatively, for damages, interest and costs of suit and any other relief the Court deems just and equitable.

## SECOND COUNT

1. Plaintiff, DIANE McLEAN LILIENTHAL, repeats each and every allegation of the First Count of the Complaint as if set forth at length herein.

2.   At all times hereinafter mentioned, Defendants, JOHN DOE
1-10 and/or ABC CORPORATIONS 1-10 (fictitious individual(s) and/or
business entities), were responsible for providing cleaning and/or
restoration services at the Franklin Lakes Borough Hall on August
21, 2020.

3.   Defendants, JOHN DOE 1-10 and/or ABC CORPORATIONS 1-10
(fictitious   individual(s)   and/or   business   entities)   were
negligent,   grossly   negligent,   careless   and/or   reckless   in
providing cleaning and restoration services at the Franklin Lakes
Borough Hall on August 21, 2020.  The aforesaid defendants in this
paragraph and its employees were further negligent in failing to
use proper cleaning solutions; in creating a dangerous condition;
and were otherwise negligent, grossly negligent, careless and/or
reckless.

4.   As a result of the aforesaid and carelessness of the
Defendants, and its employees, as previously stated, Plaintiff,
DIANE McLEAN LILIENTHAL, was caused to suffer and sustain severe,
permanent injuries from a toxic exposure which further caused her
to suffer shortness of breath, stroke, TIA, cardiac arrhythmias,
forgetfulness,   and   suffered   other   harms   and   losses.   Upon

information and belief, said injuries, or some of them, and the disabling effects resulting therefrom, are permanent in nature.

5.  As a further result of said injuries, Plaintiff, DIANE McLEAN LILIENTHAL, was required to expend sums of money for medical care and attention, which was administered to her in an attempt to cure and/or alleviate said injuries and the disabling effects resulting therefrom, and Plaintiff, DIANE McLEAN LILIENTHAL, in the future, will be required to submit to further medical attention.  As a further result of said injuries, the Plaintiff has been unable to perform her usual daily tasks and has been prevented from participating in those activities enjoyed by individuals like-situated in life, all of which has prevented her from enjoying the normal fruits of her existence, both socially and economically, and she was otherwise damaged.

**WHEREFORE**, Plaintiffs, DIANE McLEAN LILIENTHAL and RICHARD LILIENTHAL, demand judgment for damages against Defendants, JOHN DOES 1-10 and/or ABC CORPORATIONS 1-10 (fictitious individual(s) and/or business entities) for damages, interest and costs of suit and any other relief the Court deems just and equitable.

## **THIRD COUNT**

1. The plaintiff, RICHARD LILIENTHAL, repeats and realleges each and every allegation of the First and Second Counts as if fully set forth herein at length.

2. The plaintiff RICHARD LILIENTHAL is, and at all times herein mentioned was, the husband of the plaintiff, DIANE McLEAN LILIENTHAL.

3. As a direct and proximate result of the negligence, carelessness, and recklessness of the defendants as previously set forth, the plaintiff, RICHARD LILIENTHAL, has sustained the loss of services, society and consortium of his wife, DIANE McLEAN LILIENTHAL, from the date of the accident to the present, and will continue to do so for the future.

WHEREFORE, plaintiff, RICHARD LILIENTHAL, demands judgment on this count against the defendants, SERVPRO INDUSTRIES, LLC, SERVPRO OF MERIDEN / MORRISTOWN / BRANFORD / OLD SAYBROOK / NEW LONDON, "JOHN DOES 1-10" (fictitious names, true names unknown), and/or "ABC CORPORATIONS 1-10" (fictitious names, true names unknown), jointly, severally and alternatively, for damages, interest and costs of suit and any other relief the Court deems

just and equitable.



**LYNCH LYNCH HELD ROSENBERG, P**.C.
Attorneys for Plaintiffs,
DIANE McLEAN LILIENTHAL AND
RICHARD LILIENTHAL


By: _____
        JAMES S. LYNCH


Dated: September 23, 2021

**DEMAND FOR TRIAL BY JURY**

Plaintiffs hereby demand a Trial by jury as to all issues.

**NOTICE OF TRIAL COUNSEL**

Please take notice that JAMES S. LYNCH, ESQ. is hereby designated as Trial Counsel in the above-captioned matter for **LYNCH LYNCH HELD ROSENBERG, P.C.,** pursuant to R.4:25 <u>et</u>. <u>seq</u>.

**LYNCH LYNCH HELD ROSENBERG, P.**C.
Attorneys for Plaintiffs,
DIANE McLEAN LILIENTHAL AND
RICHARD LILIENTHAL

By: _____
JAMES S. LYNCH

Dated: September 23, 2021

**CERTIFICATION**

       Pursuant to the requirements of Rule 4:5-1 (NOTICE OF OTHER ACTIONS), I, the undersigned, do hereby certify to the best of my knowledge, information and belief, that except as hereinafter indicated, the subject matter of the controversy referred to in the within pleading is not the subject of any other Cause of Action, pending in any other Court, or of a pending Arbitration Proceeding, nor is any other Cause of Action or Arbitration Proceeding contemplated;

1. OTHER ACTIONS PENDING?....................YES ___ NO X___
   A. If YES - Parties to other Pending Actions.

   B. In my opinion, the following parties should be joined in the within pending Cause of Action.

2. OTHER ACTIONS CONTEMPLATED?................YES____NO X___
   A. If YES - Parties contemplated to be joined, in other Causes of Action.

3. ARBITRATION PROCEEDINGS PENDING?..........YES ___ NO _X__
   A. If YES - Parties to Arbitration Proceedings.

   B. In my opinion, the following parties should be joined in the pending Arbitration Proceedings.

4. OTHER ARBITRATION PROCEEDINGS CONTEMPLATED?.YES__ NO X___
   A. If YES - Parties contemplated to be joined to Arbitration Proceedings.

In the event that during the pendency of the within Cause of Action, I shall become aware of any change as to any facts stated herein, I shall file an amended certification and serve a copy thereof on all other parties (or their attorneys) who have appeared in said Cause of Action.

                    **LYNCH LYNCH HELD ROSENBERG, P.C.**
                    Attorneys for Plaintiff

          By: _____
                  JAMES S. LYNCH

Dated: September 23, 2021

# Civil Case Information Statement

## Case Details: BERGEN | Civil Part Docket# L-006358-21

**Case Caption:** MCLEAN LILIENTHAL DIANE  VS
SERVPRO INDUSTRIES,

**Case Initiation Date:** 09/24/2021

**Attorney Name:** JAMES S LYNCH

**Firm Name:** LYNCH LYNCH HELD ROSENBERG, PC

**Address:** 440 STATE ROUTE 17 NORTH
HASBROUCK HEIGHTS NJ 07604

**Phone:** 2012882022

**Name of Party:** PLAINTIFF : McLean Lilienthal, Diane

**Name of Defendant's Primary Insurance Company**
(if known): Unknown

**Case Type:** PERSONAL INJURY

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: Diane McLean Lilienthal?** NO

**Are sexual abuse claims alleged by: Richard Lilienthal?** NO

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
        **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
        **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

<u>09/24/2021</u>
Dated

<u>/s/ JAMES S LYNCH</u>
Signed