# Exhibit B

51264117

**Neil A. Tortora - 017312005**
ntortora@morrisonmahoney.com
**MORRISON MAHONEY LLP**
**Waterview Plaza**
**2001 U.S. Highway 46, Suite 200**
**Parsippany, NJ 07054**
**Phone:  973-257-3526**
**Fax:       973-257-3527**
**Attorneys for Defendant, Servpro of Meriden /Morristown / Branford / Old Saybrook / New London**

| | |
|---|---|
| DIANE McCLEAN LILIENTHAL AND RICHARD LILIENTHAL,<br><br>           Plaintiffs,<br><br>v.<br><br>SERVPRO INDUSTRIES, LLC, SERVPRO OF MERIDEN / MORRISTOWN / BRANFORD / OLD SAYBROOK/ NEW LONDON, "JOHN DOES 1-10<br>(fictitious names, true names unknown), and/or "ABC CORPORATIONS 1-10" (fictitious names, true names unknown),<br><br>           Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: BERGEN COUNTY<br><br>DOCKET NO.: BER-L-6358-21<br><br>Civil Action<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. § 1446, Defendant Servpro of Meriden / Morristown / Branford / Old Saybrook / New London, erroneously named in place of the proper corporate entity, Luciani Enterprises, LLC, files herewith a copy of the Notice of

Removal that was filed with the United States District Court for the District of New Jersey.

### CERTIFICATION OF SERVICE

I hereby certify that on this date, I caused to be served via Federal Express, a true and accurate copy of the foregoing Notice of Removal on:

James S. Lynch, Esq.
Lynch Held Rosenberg, P.C.
440 State Route 17 North
Hasbrouck Heights, NJ 07604

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

**Morrison Mahoney LLP**

**Attorneys for Defendant, Servpro of Meriden /Morristown / Branford / Old Saybrook / New London**

Dated: October 25, 2021        By: /s/ Neil A. Tortora
                                     Neil A. Tortora